United States District Court
Southern District of Texas
**ENTERED**
October 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DOLORES ALEXIS CRUZ VELASQUEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-960 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Dolores Alexis Cruz Velasquez filed this habeas action while detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas. He contests Respondents' ability to detain him without a bond hearing.

On October 7, 2026, Respondents informed the Court that Petitioner was removed to Honduras and moved to dismiss Petitioner's claims. (*See* Motion to Dismiss, Doc. 6; Detention History, Doc. 6–1) Petitioner does not oppose Respondents' motion to dismiss. (Notice of Non-Opposition, Doc. 7) Petitioner's removal renders moot his habeas petition. As a result, it is:

**ORDERED** that Petitioner Dolores Alexis Cruz Velasquez's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED** without prejudice; and

**ORDERED** that Respondents' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 6) is **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on October 22, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge